# EXHIBIT 2

 

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 150201457 |
| Case Caption: | CHENEY VS NEW YORK DAILY NEWS COMPANY |
| Filing Date: | Wednesday, February 11th, 2015 |
| Court: | MAJOR JURY-COMPLEX |
| Location: | City Hall |
| Jury: | JURY |
| Case Type: | LIBEL, SLANDER, MISREPRESENT |
| Status: | WAITING TO LIST CASE MGMT CONF |

## Related Cases

No related cases were found.

## Case Event Schedule

No case events were found.

## Case motions

No case motions were found.

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | HAKLAY, GONEN |
| **Address:** TWO COMMERCE SQUARE 2001 MARKET STREET SUITE 2900 PHILADELPHIA PA 19103 (215)567-3500 | | **Aliases:** | none | |
| 2 | 1 | | PLAINTIFF | CHENEY II, FRANCIS X |
| **Address:** 1010 BLOOMFIELD AVENUE | | **Aliases:** | none | |

| | | | | |
|---|---|---|---|---|
| | PHILADELPHIA PA 19115 | | | |
| 3 | | | DEFENDANT | NEW YORK DAILY NEWS COMPANY |
| **Address:** | 4 NEW YORK PLAZA NEW YORK NY | **Aliases:** | none | |
| 4 | | | TEAM LEADER | NEW, ARNOLD L |
| **Address:** | 606 CITY HALL PHILADELPHIA PA 19107 (215)686-7260 | **Aliases:** | none | |

**Docket Entries**

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 11-FEB-2015 01:13 PM | ACTIVE CASE | | | 11-FEB-2015 01:53 PM |
| **Docket Entry:** | E-Filing Number: 1502022368 | | | |
| 11-FEB-2015 01:13 PM | COMMENCEMENT CIVIL ACTION JURY | HAKLAY, GONEN | | 11-FEB-2015 01:53 PM |
| **Documents:** | Click link(s) to preview/purchase the documents  Final Cover | Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | none. | | | |
| 11-FEB-2015 01:13 PM | COMPLAINT FILED NOTICE GIVEN | HAKLAY, GONEN | | 11-FEB-2015 01:53 PM |
| **Documents:** | Click link(s) to preview/purchase the documents  Complaint 21115.pdf | Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |
| 11-FEB-2015 01:13 PM | SHERIFF'S SURCHARGE 1 DEFT | HAKLAY, GONEN | | 11-FEB-2015 01:53 PM |

| | | | | |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| | | | | |
|---|---|---|---|---|
| 11-FEB-2015 01:13 PM | JURY TRIAL PERFECTED | HAKLAY, GONEN | | 11-FEB-2015 01:53 PM |
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |

| | | | | |
|---|---|---|---|---|
| 11-FEB-2015 01:13 PM | WAITING TO LIST CASE MGMT CONF | HAKLAY, GONEN | | 11-FEB-2015 01:53 PM |
| **Docket Entry:** | *none.* | | | |

▶ Case Description   ▶ Related Cases   ▶ Event Schedule   ▶ Case Parties   ▶ Docket Entries

[ Search Home ]   [ Return to Results ]