IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS X. CHENEY, II | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAILY NEWS, L.P. | : | NO. 15-1194 |

ORDER

AND NOW, this 6th day of May, 2015, upon consideration of plaintiff Francis X. Cheney, II's complaint and defendant Daily News, L.P.'s notice of removal (docket entry #1), defendant's motion to dismiss for failure to state a claim (docket entry #6), plaintiff's response in opposition, and defendant's reply thereto, and for the reasons set forth in our Memorandum issued this day on this case, it is hereby ORDERED that:

1. Defendant's motion to dismiss (docket entry #6) is GRANTED;

2. Plaintiff's complaint is DISMISSED; and

3. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

  /s/ Stewart Dalzell, J.
Stewart Dalzell, J.